UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STENN ASSETS UK LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GIGA TENTS INC.,<br><br>　　　　　Defendant. | Civil Action No.: 22-cv-06144 (CCC)<br><br><br><br>**ORDER** |

**CECCHI, District Judge.**

　　　This matter comes before the Court on Magistrate Judge James B. Clark, III's Report and Recommendation ("R&R), issued on February 28, 2024, recommending that the motion to enforce settlement and for entry of judgment (ECF No. 30) filed by plaintiff Stenn Assets UK Limited ("Plaintiff") on September 22, 2023 be granted. ECF No. 32. The motion concerns defendant Giga Tents Incorporated's ("Defendant") purported failure to comply with a settlement agreement reached between the parties following Plaintiff's filing of a complaint in this matter (ECF No. 1) alleging breach of contract. *See* ECF Nos. 30, 32. Defendant did not oppose Plaintiff's motion and no objections to Judge Clark's R&R have been filed. The Court has considered Judge Clark's R&R pursuant to Federal Rule of Civil Procedure 72 and Local Civil Rule 72.1, and for substantially the same reasons stated therein,

　　　**IT IS** on this 24th day of April, 2024,

　　　**ORDERED** that this Court adopts Judge Clark's February 28, 2024 R&R (ECF No. 32) recommending that Plaintiff's motion to enforce settlement and for entry of judgment (ECF No. 30) be granted; and it is further

**ORDERED** that Plaintiff recover a judgment against Defendant in the amount of $131,207.07 less credits for payments received of $46,207.07, in the sum of $85,000, plus statutory interest, and that Plaintiff have execution thereon; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

*s/Claire C. Cecchi*
**Hon. Claire C. Cecchi, U.S.D.J.**